IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONNIE EUGENE CURRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV- 10-407-JHP-KEW |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social | ) |
| Security Administration, | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the court's order of March 6, 2012, affirming the decision of the Administrative Law Judge, the Court enters judgment in favor of Defendant and against Plaintiff in accordance with the provisions of Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 6th day of March, 2012.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma